Steven Zamora, Esq.
TX SBN 24120410
Southern District of TX#3844846
9450 Pinecroft Dr. Unit 9834 Before Abraham was, I AM

The Woodlands, TX 77387
Telephone:   (858) 382-1064
Facsimile:   (832) 543-1329
E-mail:   stevenzamora@beforeabrahamwas-iam.org

Attorney for Defendants
JESSICA RODAS and STEVEN ZAMORA

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED VAN LINES, LLC<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZAMORA and<br>JESSICA RODAS<br><br>Defendants. | CASE NO.:  4:23-cv-01651<br><br>**DEFENDANTS JESSICA RODAS AND STEVEN ZAMORA'S AMENDED NOTICE OF MOTION AND AMENDED MOTION TO DISMISS PLAINTIFF UNITED VAN LINES, LLC'S COMPLAINT**<br><br>Date<br>Time:<br>Courtroom:        9F<br>District Judge:    Hon. Charles Eskridge<br>Magistrate Judge: Hon.<br>Complaint Filed:  May 3, 2023<br>Trial Date:           Not Assigned |

Please take notice that Steven Zamora and Jessica Rodas, ("Defendants") respectfully move for a motion to dismiss Plaintiff UNITED VAN LINES, LLC'S ("Plaintiff") complaint for Declaratory Judgment sought under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  ("the complaint") The hearing will be held on a date to be determined before the Honorable Judge presiding in the above-entitled matter.

This motion is based on the pleadings, papers filed in this action, the amended notice of motion and amended motion to dismiss; amended memorandum of points and authorities; the amended declarations of Steven Zamora and Jessica Rodas in support of the amended motion and any evidence or argument presented at the hearing for this

matter.

**Before Abraham was, I AM**

Dated:  May 31, 2023        By:   s/Steven Zamora
                                  Steven Zamora, Esq.
                                  Attorney for Defendants
                                  **JESSICA RODAS and STEVEN ZAMORA**
                                  stevenzamora@beforeabrahamwas-iam.org

2

AMENDED MOTION TO DISMISS
CASE NO._ 4:23-cv-01651

**CERTIFICATE OF SERVICE**

I hereby certify that the following document(s):

- **DEFENDANTS JESSICA RODAS AND STEVEN ZAMORA'S AMENDED NOTICE OF MOTION AND AMENDED MOTION TO DISMISS PLAINTIFF UNITED VAN LINES, LLC'S COMPLAINT**

- **AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS JESSICA RODAS AND STEVEN ZAMORA'S AMENDED MOTION TO DISMISS PLAINTIFF UNITED VAN LINES, LLC'S COMPLAINT**

- **AMENDED DECLARATION OF STEVEN ZAMORA IN SUPPORT OF DEFENDANTS JESSICA RODAS AND STEVEN ZAMORA'S AMENDED MOTION TO DISMISS PLAINTIFF UNITED VAN LINES, LLC'S COMPLAINT**

- **AMENDED DECLARATION OF JESSICA RODAS IN SUPPORT OF DEFENDANTS JESSICA RODAS AND STEVEN ZAMORA'S AMENDED MOTION TO DISMISS PLAINTIFF UNITED VAN LINES, LLC'S COMPLAINT**

was/were served on this date to counsel of record:

[ ]   **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]   **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]   **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Vic Houston Henry
Henry Oddo Austin & Fletcher, P.C.
1717 Main Street, Suite 4600
Dallas, TX 75201
Telephone: 214-658-1900
Email: vhhenry@hoaf.com
Attorney for
**UNITED VAN LINES LLC**

Executed on May 31, 2023, at The Woodland, Texas.

s/Steven Zamora
Steven Zamora, Esq.