Steven Zamora, Esq.
TX SBN 24120410
Southern District of TX#3844846
Before Abraham was, I AM
9450 Pinecroft Dr. Unit 9834
The Woodlands, TX 77387
Telephone:   (858) 382-1064
Facsimile:   (832) 543-1329
E-mail:      stevenzamora@beforeabrahamwas-iam.org

Attorney for Defendants
JESSICA RODAS and STEVEN ZAMORA

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED VAN LINES, LLC<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZAMORA and JESSICA RODAS<br><br>Defendants. | CASE NO.:  4:23-cv-01651<br><br>**AMENDED DECLARATION OF JESSICA RODAS IN SUPPORT OF DEFENDANTS JESSICA RODAS AND STEVEN ZAMORA'S AMENDED MOTION TO DISMISS PLAINTIFF UNITED VAN LINES, LLC'S COMPLAINT**<br><br>Date<br>Time:<br>Courtroom:       9F<br>District Judge:   Hon. Charles Eskridge<br>Magistrate Judge: Hon. TDB<br>Complaint Filed: May 3, 2023<br>Trial Date:       Not Assigned |

I Jessica Rodas, declare as follows:

1. I am over the age of 18 and familiar with the facts of this case and if called as a witness, I could and would competently testify to the following facts of my own personal knowledge.

2. The facts and all information included in this amended motion to dismiss are true and accurate.

///

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed this 31st day of May 2023, at The Woodlands, Texas.

By: *Jessica Rodas*
Jessica Rodas