Steven Zamora, Esq.
TX SBN 24120410
Southern District of TX#3844846
Before Abraham was, I AM
9450 Pinecroft Dr. Unit 9834
The Woodlands, TX 77387
Telephone:     (858) 382-1064
Facsimile:     (832) 543-1329
E-mail:        stevenzamora@beforeabrahamwas-iam.org

Attorney for Defendants
JESSICA RODAS and STEVEN ZAMORA

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED VAN LINES, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEVEN ZAMORA and<br>JESSICA RODAS<br><br>　　　　Defendants. | CASE NO.:  4:23-cv-01651<br><br>**AMENDED DECLARATION OF STEVEN ZAMORA IN SUPPORT OF DEFENDANTS JESSICA RODAS AND STEVEN ZAMORA'S AMENDED MOTION TO DISMISS PLAINTIFF UNITED VAN LINES, LLC'S COMPLAINT**<br><br>Date<br>Time:<br>Courtroom:       9F<br>District Judge:  Hon. Charles Eskridge<br>Magistrate Judge: Hon.<br>Complaint Filed: May 3, 2023<br>Trial Date:      Not Assigned |

　　　I Steven Zamora, declare as follows:

　　　1.　　I am an attorney duly licensed to practice law before this court of the State of Texas, and am the Director of Legal Aid with Before Abraham was, I AM, attorney of record for Defendants Steven Zamora and Jessica Rodas, ("Defendants") in the above-captioned case. I am familiar with the facts and proceedings of this case and if called as a witness, I could and would competently testify to the following facts of my own personal knowledge.

2. On 5/24/23, prior to filing the original motion to dismiss on 5/26/23, I met and conferred with Plaintiff's counsel, Vic Henry, over the telephone. In speaking with him, I asked him to dismiss the complaint and specifically, against Defendant, Jessica Rodas, due to the Plaintiff's failure to state a claim via a pre-answer motion under Federal Rules of Procedure 12(b)(6). This because Plaintiff's complaint incorporates Exhibits, which includes the Bill of Lading and other contractual documents, and relies on them to assert the legal remedy of Declaratory Judgment although Defendant, Jessica Rodas, was not presented the documents, nor did she review them, or sign them. I let Plaintiff's counsel, Vic Henry, know that if she is not subject to the Exhibit documents then she is not subject to the limitations in them, so a Declaratory Judgment cannot be made by the court pursuant to this Exhibit. Therefore, I requested that Plaintiff's counsel, Vic Henry, to dismiss the lawsuit containing Defendant, Jessica Rodas, being named in it.

3. Vic Henry stated to me that the motion to dismiss is opposed by United Van Lines.

///

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of May 2023, at The Woodlands, Texas.

By: _____
Steven Zamora, Esq.