IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED VAN LINES, LLC | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 4:23-cv-01651 |
| v. | ) | |
| | ) | |
| STEVEN ZAMORA and | ) | |
| JESSICA RODAS, | ) | |
| **Defendants.** | ) | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff United Van Lines, LLC and Defendants Steven Zamora and Jessica Rodas file this Agreed Motion to Dismiss with Prejudice and respectfully show the Court as follows:

Plaintiff and Defendants have settled and resolved all claims in this matter, and they request that the Court dismiss all claims asserted herein with prejudice. The parties also request that all costs and attorneys' fees be taxed against the party incurring same.

Respectfully submitted:

*/s/ Vic H. Henry*
Vic H. Henry
TBA No. 09484250
vhhenry@hoaf.com
Emileigh Hubbard
TBA No. 24076717
ehubbard@hoaf.com
**HENRY ODDO AUSTIN & FLETCHER**
**A Professional Corporation**
1717 Main Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 658-1900
Facsimile: (214) 658-1919

*Attorneys for United Van Lines, LLC*

        */s/ Steven Zamora*
        Steven Zamora, Esq.
        TX SBN 24120410
        Southern District of TX#24120410
        Before Abraham was, I AM
        9450 Pinecroft Dr. Unit 9834
        The Woodlands, TX 77387
        Telephone: (858) 382-1064
        Facsimile: (832) 543-1329
        E-mail: stevenzamora@beforeabrahamwas-iam.org

        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on the 25th day of September, 2023, via the Court's electronic filing system.

        */s/ Vic H. Henry*
        Vic H. Henry